# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TIMOTHY RODENIUS AND THE     :   No. 92 WM 2015
PEOPLE,     :
    :
            Petitioners     :
    :
    :
    :
         v.     :
    :
    :
    :
COMMONWEALTH OF PENNSYLVANIA     :
AND CORREALE F. STEVENS,     :
    :
            Respondents     :

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of *Quo Warranto* and Mandamus is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.